IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RICKY GIDDENS, | * |
| Plaintiff, | * |
| v. | Case No. 7:19-cv-140(LAG) |
| | * |
| OFFICER FRYE, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 4, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of August, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk